NOTE: This order is nonprecedential

# United States Court of Appeals for the Federal Circuit

---

**AVENTIS PHARMA S.A.** AND
**SANOFI-AVENTIS U.S., LLC,**
*Plaintiffs-Appellants,*

v.

**SUN PHARMACEUTICAL INDUSTRIES, LTD.**
AND **SUN PHARMA GLOBAL FZE,**
*Defendants-Appellees.*

---

2011-1095

---

Appeal from the United States District Court for the District of Delaware in case no. 09-CV-0630, Chief Judge Gregory M. Sleet.

---

## ON MOTION

---

## ORDER

The appellants move without opposition to stay proceedings in this appeal pending the court's disposition in *Aventis Pharma S.A. v. Hospira Inc.*, 2011-1018, -1047, and separately move for an extension of time to file their initial brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to stay the briefing schedule is granted. The appellants are directed to inform this court, within 14 days of the issuance of this court's mandate in 2011-1018, -1047, concerning how they believe that this appeal should proceed. The appellees may also respond within that time.

(2) The motion for an extension of time is denied as moot.

FOR THE COURT

FEB 0 4 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: George F. Pappas, Esq.
     Robert B. Breisblatt, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 0 4 2011

JAN HORBALY
CLERK